JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| SHAU-RON SYKES, | ) | No. CV 13-07409-VBK |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LOS ANGELES SHERIFF'S DEPARTMENT, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Memorandum and Order of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: March 19, 2015             /s/
                                  VICTOR B. KENTON
                                  UNITED STATES MAGISTRATE JUDGE